| | |
|---|---|
| 1 | WILLIAM J. GOINES (SBN: 061290) |
| | KAREN ROSENTHAL (SBN: 209419) |
| 2 | CINDY HAMILTON (SBN: 217951) |
| | GREENBERG TRAURIG, LLP |
| 3 | 1900 University Avenue, Fifth Floor |
| | East Palo Alto, California 94303 |
| 4 | Telephone: (650) 328-8500 |
| | Facsimile: (650) 328-8508 |
| 5 | Email: goinesw@gtlaw.com |
| | rosenthalk@gtlaw.com; hamiltonc@gtlaw.com |

Attorneys for Defendants Ferrellgas L.P.,
Ferrellgas, Inc., and Ferrellgas Partners L.P.

EILEEN R. RIDLEY (SBN 151735)
FOLEY & LARDNER LLP
One Maritime Plaza
Suite 600
San Francisco, CA 94111
Telephone: 415-434-4484
Facsimile: 415-434-4507
E-mail: eridley@foley.com

Attorney for Defendants Amerigas Propane, Inc.,
Amerigas Partners, L.P., and Amerigas Propane, L.P.

(Additional Counsel shown on last page).

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BART FRAENKEL and DAVID JUDD, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs;<br><br>v.<br><br>AMERIGAS PROPANE, INC., AMERIGAS PARTNERS, L.P., AMERIGAS PROPANE, L.P., FERRELLGAS, L.P., FERRELLGAS, INC., and FERRELLGAS PARTNERS L.P.<br><br>Defendants. | Case No. C-09-02616 TEH<br><br>(Related by Court Order to Case No. CV 09-02493-TEH)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT<br>[Civil L.R. 6-1(a)]<br><br>Date Action Filed: June 12, 2009 |

| | |
|---|---|
| 1 | Come now Plaintiffs BART FRAENKEL and DAVID JUDD, on Behalf of Themselves and |
| 2 | All Others Similarly Situated, and Defendants AMERIGAS PROPANE, INC., AMERIGAS |
| 3 | PARTNERS, L.P., AMERIGAS PROPANE, L.P., FERRELLGAS, L.P., FERRELLGAS, INC. and |
| 4 | FERRELLGAS PARTNERS, L.P. (collectively "Defendants") by and through their respective |
| 5 | counsel, and pursuant to United States District Court, Northern District of California Civil Local Rule |
| 6 | 6-1(a), hereby stipulate that Defendants shall have up to July 16, 2009, within which to answer or |
| 7 | otherwise respond to Plaintiffs' complaint. The Defendants reserve all rights relating to such |
| 8 | response to Plaintiffs' complaint. |
| 9 | IT IS SO STIPULATED |

Dated: July 1, 2009           KAPLAN FOX & KILSHEIMER LLP


By: _____
        Linda M. Fong

Attorneys for Plaintiffs BART FRAENKEL and
DAVID JUDD


Dated: July 1, 2009           GREENBERG TRAURIG, LLP


By: _____
      William J. Goines
      Karen Rosenthal
      Cindy Hamilton

         -and-

      Gregory A. Nylen

Attorneys for Defendants FERRELLGAS, L.P.,
FERRELLGAS, INC. and FERRELLGAS
PARTNERS, L.P

| | |
|---|---|
| Dated: July 1, 2009 | FOLEY & LARDNER LLP<br><br>By: _____<br>　　　Eileen R. Ridley<br><br>Attorneys for Defendants Amerigas Propane, Inc., Amerigas Partners, L.P., and Amerigas Propane, L.P. |

Additional Counsel:

GREGORY A. NYLEN (SBN: 151129)
GREENBERG TRAURIG LLP
2450 Colorado Ave Ste 400E
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile: 310-586-7800
E-mail: nyleng@gtlaw.com

Attorneys for Defendants Ferrellgas, L.P., Ferrellgas, Inc., and Ferrellgas Partners L.P.

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: 07/01/09

_____
Honorable Thelton E. Henderson
Judge of the [United States] District Court

*Judge Thelton E. Henderson* (signature and seal of United States District Court, Northern District of California)